KEKER & VAN NEST, LLP
CHRISTA M. ANDERSON - #184325
DAVID J. SILBERT - #173128
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
GOOGLE INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID ALMEIDA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　　　Defendants. | Case No. C 08-02088 RMW<br><br>**ORDER GRANTING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Dept:　　6<br>Judge:　　Hon. Ronald M. Whyte<br><br>Date Comp. Filed:　　April 22, 2008<br><br>Trial Date: None set. |

| | |
|---|---|
| 1 | Defendant Google Inc. has filed a motion to consider whether the action entitled *Largo Cargo Co. v. Google Inc.*, Case No. 5:10-cv-00241-JF, currently pending before the Honorable Jeremy Fogel in this District, should be related to the action pending before this Court, entitled *Almeida v. Google Inc.*, Case No. 5:08-cv-2088-RMW. Having carefully considered the papers on this motion, Google's motion is GRANTED. The clerk is directed to reassign Case No. 5:10-cv-00241-JF to this Court, and to vacate all pending dates before Judge Fogel. |

Defendant Google Inc. has filed a motion to consider whether the action entitled *Largo Cargo Co. v. Google Inc.*, Case No. 5:10-cv-00241-JF, currently pending before the Honorable Jeremy Fogel in this District, should be related to the action pending before this Court, entitled *Almeida v. Google Inc.*, Case No. 5:08-cv-2088-RMW. Having carefully considered the papers on this motion, Google's motion is GRANTED. The clerk is directed to reassign Case No. 5:10-cv-00241-JF to this Court, and to vacate all pending dates before Judge Fogel.

IT IS SO ORDERED.

*Ronald M. Whyte*

HON. RONALD M. WHYTE
Judge of the United States District Court