1  KEKER & VAN NEST, LLP
2  CHRISTA M. ANDERSON - #184325
   DAVID J. SILBERT - #173128
3  REBEKAH PUNAK - #248588
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant
   GOOGLE INC., a Delaware corporation

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12 | DAVID ALMEIDA, individually and on behalf of all others similarly situated, | Case No. C 08-02088 RMW |
13 | | |
14 | Plaintiff, | **ORDER GRANTING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
15 | v. | |
16 | GOOGLE INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
17 | Defendants. | Dept:      6 |
   | | Judge:    Hon. Ronald M. Whyte |
18 | | Date Comp. Filed:    April 22, 2008 |
19 | | Trial Date:  None set. |

1
2
3
4
5
6

Defendant Google Inc. has filed a motion to consider whether the action entitled *Largo Cargo Co. v. Google Inc.*, Case No. 5:10-cv-00241-JF, currently pending before the Honorable Jeremy Fogel in this District, should be related to the action pending before this Court, entitled *Almeida v. Google Inc.*, Case No. 5:08-cv-2088-RMW.  Having carefully considered the papers on this motion, Google's motion is GRANTED.  The clerk is directed to reassign Case No. 5:10-cv-00241-JF to this Court, and to vacate all pending dates before Judge Fogel.

IT IS SO ORDERED.

*Ronald M. Whyte*

HON. RONALD M. WHYTE
Judge of the United States District Court

---

1
ORDER GRANTING DEFENDANT GOOGLE INC.'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C 08-02088 RMW