1

2

3

4                                                          **E-FILED on**  9/15/2010

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12   LARGO CARGO CO., a Florida corporation,          No. C10-00241 RMW
     individually and on behalf of all others
13   similarly situated,

14                  Plaintiff,                          ORDER DENYING EX PARTE
                                                        APPLICATION FOR AN ORDER
15          v.                                          COMPELLING COMPLIANCE WITH
                                                        PARTIES' BINDING TERM SHEET
16   GOOGLE, INC., a Delaware Corporation; and
     DOES 1 through 10, inclusive,                      **[Re Docket No. 24]**
17
                    Defendants.
18

19

20          Plaintiff has filed an ex parte[1] application for an order compelling compliance with parties'

21   allegedly binding term sheet on September 14, 2010.  Dkt. No. 24.  The application purports to set a

22   hearing on September 17, 2010.  No application for shortening time has been filed, nor a satisfactory

23   explanation as to why the application should be heard on three days notice.  Therefore, the

24

25

26

27   ─────────────────────

28   [1]  Although plaintiff refers to the application as "ex parte," it does appear that the application has
     been served on defendant.

     ORDER DENYING EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE WITH PARTIES' BINDING TERM
     SHEET—No. C10-00241 RMW
     JLR

**United States District Court**
For the Northern District of California

1   application is taken off the calendar without prejudice to being refiled with proper notice in

2   accordance with the Federal Rules of Civil Procedure and the Northern District of California Civil

3   Local Rules.

4

5

6

7   DATED:        9/15/2010

8                 _____            _____
                                              RONALD M. WHYTE
9                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER DENYING EX PARTE APPLICATION FOR AN ORDER COMPELLING COMPLIANCE WITH PARTIES' BINDING TERM
SHEET—No. C10-00241 RMW
JLR                                                        2