KEKER & VAN NEST LLP
CHRISTA M. ANDERSON - #184325
DAVID J. SILBERT - #173128
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
GOOGLE INC.

*E-FILED - 11/22/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CARGO CO., a Florida corporation, individually and on behalf of others similarly situated,<br><br>                                  Plaintiff,<br><br>          v.<br><br>GOOGLE INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                                  Defendants. | Case No. 5:10-cv-00241 RMW<br><br>**STIPULATION AND []<br>ORDER AMENDING FORM OF E-MAIL<br>NOTICE TO POTENTIAL<br>SETTLEMENT CLASS MEMBERS**<br><br>Dept:          6<br>Judge:        Hon. Ronald M. Whyte<br><br>Date Comp. Filed:       January 19, 2010<br><br>Trial Date:  None set. |

527934.01

1     **WHEREAS**, on October 15, 2010, the parties to this case entered into a Stipulation and

2     Agreement of Settlement ("Settlement") in this matter;

3     **WHEREAS**, on November 5, 2010, the Court preliminarily approved the Settlement

4     pursuant to its Order Preliminarily Approving Settlement, Providing For Notice, and Setting

5     Final Approval Hearing, Docket No. 31 (the "Order");

6     **WHEREAS**, Exhibit C to the Order sets forth the form of e-mail notice to be provided to

7     the potential settlement class members (the "E-mail Notice"); and

8     **WHEREAS**, the parties wish to add language to the notice to assist in preventing third

9     parties from engaging in fraudulent activities in connection with the e-mail notice;

10    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and

11    between the parties, through their respective attorneys, that the following language be added to

12    the end of the E-mail Notice (a complete copy of the amended E-mail Notice is attached hereto

13    as Exhibit C):

14    Please note that Google will never ask you for password information or other personal

15    credentials when sending you notices.  If you suspect someone is improperly using

16    Google's name or products to obtain your personal information, please report the message

17    as phishing.  See http://mail.google.com/support/bin/answer.py?answer=184963.

18

19    This mandatory announcement was sent to certain AdWords users in the U.S. as part of a

20    legal settlement and was authorized by the United States District Court for the Northern

21    District of California.

22

23

24    Dated:  November 16, 2010                    KEKER & VAN NEST LLP

25

26                                           By:   */s/ Christa M. Anderson*
                                                   CHRISTA M. ANDERSON
27                                                 DAVID J. SILBERT
                                                   REBEKAH L. PUNAK
28                                                 Attorneys for Defendant
                                                   GOOGLE INC.

527934.01

1
2
Dated:  November 16, 2010

KABATECK BROWN KELLNER, LLP

3
4
5
6
By:   /s/ Alfredo Torrijos
       BRIAN S. KABATECK
       RICHARD L. KELLNER
       ALFREDO TORRIJOS
       Attorneys for Plaintiff
       LARGO CARGO CO.

7
8
9
*Filer's Attestation:  Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Christa Anderson hereby attests that concurrence in the filing of this Stipulation has been obtained from Alfredo Torrijos.*

10

11
**IT IS SO ORDERED**

12
13
14
DATE: __ 11/22/10 _____

15
16
17
BY: Ronald M. Whyte
    _____
    The Honorable Ronald M. Whyte
    United States District Court Judge

18
19
20
21
22
23
24
25
26
27
28

2